■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO LOPEZ, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about August 4, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Sullivan, McGuire and Kavanagh, JJ.